UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAIN CAMPBELL,<br><br>     Plaintiff,<br><br>    v.<br><br>J. ORTEGA,<br><br>     Defendant. | No.  2:25-cv-2703 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 10, 2025, the court received plaintiff's notice that he had received multiple case numbers for what he intended to be a single complaint.  ECF No. 5.  Review of the docket indicates the following.  On August 22, 2025, plaintiff filed a complaint in the United States District Court for the Central District of California which was assigned case No. 2:25-cv-7948 JGB AGR.  That case was then transferred to this court on October 23, 2025, and assigned case number 2:25-cv-3078 CKD.  Campbell v. Ortega, No. 2:25-cv-3078 CKD (E.D. Cal.), ECF Nos. 1, 5.  In between the filing of his initial case in the Central District and its transfer to this district, plaintiff submitted the instant complaint to this court and it was assigned Case No. 2:25-cv-2703 AC.  In light of plaintiff's notice that he intended to file only one action, the instant action will be dismissed as duplicative in order to preserve the earlier filing date in Campbell v. Ortega, No. 2:25-cv-3078 CKD.

1

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED as duplicative of Campbell v. Ortega, No. 2:25-cv-3078 CKD (E.D. Cal.) and the Clerk of the Court is directed to close this case.

DATED: June 9, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2